IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CR-10-385-D |
| | ) | (Case No. CIV-12-490-D) |
| MANUEL ALFREDO HIGUERA, | ) | |
| | ) | |
| Defendant. | ) | |

## **J U D G M E N T**

Pursuant to the Order denying Defendant Manuel Alfredo Higuera's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, the Court enters judgment in favor of the United States of America.  Further, a certificate of appealability is denied.

Entered this 2nd day of May, 2013.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE